UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN SOUTHERN DISTRICT

LACONYA WILLIAMS,

    Plaintiff,

v.

OFFICER TRENTON CLARK,
OFFICER SPENCER SELLNER,
OFFICER KYLE WILSON,
SERGEANT JOSEPH DAILY in
Their Individual and Official
Capacities, jointly and severally

    Defendants.

Case No. 1:21-cv-00857
Hon. Jane M. Beckering

| | |
|---|---|
| Carl Jackson III (P46868)<br>Carl Jackson III, J.C., P.C.<br>Attorney for Plaintiff<br>32255 Northwestern Hwy., Ste. 224<br>Farmington Hills, MI 48334<br>Ph. (248) 932-2559<br>cj3@cj3law.com | Elizabeth J. Fossel (P41430)<br>Sarah J. Hartman (P71458)<br>Attorneys for Defendants<br>City of Grand Rapids Law Department<br>300 Monroe Ave., NW, Ste. 620<br>Grand Rapids, MI 49503<br>Ph. (616) 456-3181<br>efossel@grand-rapids.mi.us<br>shartman@grand-rapids.mi.us |

## STIPULATION AND ORDER TO DISMISS

NOW COME the parties, by and through their attorneys, and hereby stipulate to the dismissal of this action with prejudice and without costs or attorney's fees to any party.

AGREED AND STIPULATED TO:

Dated: August 23, 2022

/s/ Carl Jackson III (with permission)  .
Carl Jackson III (P46868)
Carl Jackson III, J.C., P.C.
Attorney for Plaintiff
32255 Northwestern Hwy., Ste. 224
Farmington Hills, MI 48334
Ph. (248) 932-2559

Dated: August 23, 2022  /s/ Elizabeth J. Fossel              .
Elizabeth J. Fossel (P41430)
Director of Civil Litigation
Attorneys for Defendants,
Clark, Sellner, Wilson, and Daily

## ORDER OF DISMISSAL

At a session of said Court, held in the United States District Court, Western District of Michigan, on this   24th   day of        August       , 2022

**PRESENT: HON. JANE M. BECKERING,**
**United States District Court Judge**

THIS MATTER, having come before the Court based on the foregoing Stipulation, and the Court being otherwise fully advised in the premises,

NOW, THEREFORE, IT IS ORDERED that this action is dismissed with prejudice and without costs or attorneys fees to either party.

*This Order resolved all pending claims against Defendants and closes the case*.

/s/  Jane M. Beckering             .
JANE M. BECKERING
United States District Judge